**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE BERRY and KAREN BERRY, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DR. MICHAEL MARTIN, M.D. and JANE DOE MARTIN, Husband and Wife; ANESTHESIA SERVICE MEDICAL GROUP, INC.; and SCRIPPS MEMORIAL HOSPITAL LA JOLLA,<br><br>　　　　Defendants. | CASE NO. 08 CV 2392 LAB NLS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO MODIFY EXPERT WITNESS DESIGNATION DATES**<br><br>[Doc. No. 34] |

The parties filed a second joint motion to modify expert designation and other pretrial dates. In their first application to extend dates, the parties did not present any showing of good cause to grant their request. The court warned them that "[a]ny future requests to extend dates will not be granted absent a showing of good cause." *See* Doc. No. 33. In support of this application, the parties summarily cited:"Good cause exists for this joint motion because the independent medical examination of the Plaintiff cannot take place until February 2010." Joint Motion, p.4. The parties did not explain the reason for the delay, the efforts they took to avoid delay, or any other reason to support their request.

      The court **GRANTS in part** and **DENIES in part** the joint motion to extend the expert and certain of the pretrial dates. The court hereby amends its Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings as follows:

      1.    Defendants shall designate their experts in writing by *__March 12, 2010__*. Defendants must identify <u>any</u> person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is <u>not</u> limited to retained experts.

      2.    Plaintiffs and Defendants shall designate any rebuttal expert witnesses in writing by *__March 26, 2010__*.

      3.    On or before *__April 2, 2010__*, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, <u>or</u> whose duties as an employee of the party regularly involve the giving of expert testimony.

      4.    Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) on or before *__April 16, 2010__*.

      5.    All discovery, including experts, shall be completed by all parties on or before *__April 30, 2010__*. All discovery motions must be filed no later *than **May 3, 2010***. All discovery motions shall be filed in accordance with Civil Local Rule 77.1. No discovery motion shall be filed *ex parte*. Any request to shorten time shall be filed in accordance with Civil Local Rule 7.1(e)(5).

      6.    All non-conflicting provisions of the court's June 30, 2009 and October 20, 2009 scheduling orders remain in full force and effect.

      IT IS SO ORDERED.

DATED: December 28, 2009

                                            Hon. Nita L. Stormes
                                            U.S. Magistrate Judge
                                            United States District Court